**DISMISS; and Opinion Filed July 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00839-CR

## JOSE GUEVARA-MOLINA, Appellant
## V.
## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F12-30529-I

# MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Brown

Jose Guevara-Molina was convicted of felony DWI. On June 28, 2013, the trial court sentenced appellant to sixteen years' imprisonment. Appellant filed a motion for new trial on July 23, 2013, which the trial court overruled by written order on July 25, 2013. On June 20, 2014, appellant filed a notice of appeal. We conclude we lack jurisdiction over the appeal.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and, if not, the power of the court to act is as absent as if it did not exist. *See id.* at 523. To invoke the Court's jurisdiction, an appellant must file his notice of appeal within the time period provided by the rules of appellate procedure. *See id.; see also Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

Because a timely motion for new trial was filed, appellant's notice of appeal was due by September 26, 2013. *See* TEX. R. APP. P. 26.2(a)(2). Appellant's June 20, 2014 notice of appeal is untimely as to the June 28, 2013 sentencing date. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton*, 981 S.W.2d at 210.

We dismiss the appeal for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140839F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE GUEVARA-MOLINA, Appellant

No. 05-14-00839-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F12-30529-I.
Opinion delivered by Justice Brown,
Justices Lang and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 7th day of July, 2014.